NOT FOR PUBLICATION

RECEIVED
DEC 01 2015
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARCIA COPELAND, M.D. and MINTA SMITH (TRUSTEE FOR MARCIA COPELAND LIVING TRUST),

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.,

Defendants.

Civ. No. 15-7431

MEMORANDUM ORDER

THOMPSON, U.S.D.J.

On May 7, 2015, Plaintiffs filed a Complaint in the Southern District of New York. (ECF No. 1). On October 5, 2015, Judge Vincent Briccetti held that the Southern District of New York was not the proper venue for this case, and transferred it to the District of New Jersey. (ECF No. 92). Plaintiffs moved for reconsideration on November 4, 2015. (ECF No. 109). On November 10, 2015, Judge Briccetti denied Plaintiffs' motion for reconsideration. (Ex. Decision of Hon. Briccetti, ECF No. 115-1).

Plaintiffs, proceeding pro se, have requested that this Court: (1) stay all proceedings pending their motion for reconsideration, (2) dismiss all motions to dismiss, and (3) provide oral argument for all proceedings. (ECF No. 114). Defendants Lisa Sharkey, Martin Abo, and Abo & Company, LLC submitted an informal response in opposition. (ECF No. 115). This Court has decided the present Motion based on the written submissions of the parties and without oral argument pursuant to Federal Rule of Civil Procedure 78(b).

1

Plaintiffs' motion for reconsideration is no longer pending, therefore their request for a stay is moot. All defendants' motions to dismiss will be considered per the standard briefing schedule for motions laid out in Local Rule 7.1. Since the deadlines for filing opposition papers to several of these motions have already passed, Plaintiffs are encouraged to submit opposition to any motions to dismiss they wish to oppose as soon as possible. Plaintiffs may request oral argument in opposition to these motions if they wish.

IT IS, on this 30th day of November, 2015,

ORDERED that Plaintiffs' Motion (ECF No. 114) is DENIED.

ANNE E. THOMPSON, U.S.D.J.